and as Trustee, etc., and Others, Defendants, Impleaded with ELEVATOR SUPPLIES COMPANY, INC.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

FRANK C. TITUS v. NEVILLE J. BOOKER and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch and McAvoy, JJ.

PEASE & ELLIMAN, INC., v. GLADWIN REALTY CO., INC., and Another.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

MORRIS CHERNUCHIN v. BENJAMIN BARKIN, INC., Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

HARRY C. STRUCK v. DELAWARE COUNTY FARM PRODUCTS CO., INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Wagner, JJ.

WILLIAM JAY SCHIEFFELIN v. CHARLES W. BERRY, as Comptroller of the City of New York, and Others.— Motion granted; questions certified. Present — Clarke, P. J., Dowling, Finch, McAvoy and Wagner, JJ.

WILLIAM JAY SCHIEFFELIN v. CHARLES W. BERRY, as Comptroller of the City of New York, and Others.— Motion granted; questions certified. Present — Clarke, P. J., Dowling, Finch, McAvoy and Wagner, JJ.

RICHARD CROKER, JR., v. THE NEW YORK TRUST COMPANY, as Temporary Administrator, etc., of RICHARD CROKER, Deceased, and HOWARD CROKER and Another.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Merrell, Finch, Martin and Wagner, JJ.

INTERNATIONAL UNION BANK v. NATIONAL SURETY COMPANY.— Motion denied. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

WILLIAM H. WILLIAMS v. JOHN F. HYLAN, as Mayor of the City of New York, and Others.— Motion denied. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WILLIAM H. WILLIAMS v. JOHN F. HYLAN, as Mayor of the City of New York, and Others.— Motion denied. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JESSE S. PHILLIPS, as Superintendent of Insurance, re CASUALTY COMPANY OF AMERICA. In the Matter of the Claim of MAXWELL RUBIN.— Motion granted. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

JOHN AEMISEGER v. THE WOODLAWN CEMETERY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

VERNONA LAYNG v. THE " LITTLE RITZ " AUTOMATIC SERVICE COMPANY, INC.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

VERNONA LAYNG v. THE " LITTLE RITZ " AUTOMATIC SERVICE COMPANY, INC.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

In the Matter of the Application of HARRY BIRNBAUM v. JOHN F. GILCHRIST, as Commissioner of Licenses, etc.— Preference granted for October 5, 1926. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

FANNIE GOTTFRIED v. 97 BLEECKER STREET, INC., and Others.— Motion